UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

     - against -

JOSEPH PREBUL,

                Defendant.
_____

09-cr-0471 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendant is directed to respond to the Government's motion for forfeiture of property (ECF No. 73) by **April 13, 2026.**

SO ORDERED.
Dated:    New York, New York
          March 23, 2026

                                    John G. Koeltl
                    United States District Judge